PER CURIAM.
AFFIRMED. We believe the trial court’s inquiry at trial into appellant’s complaints about his counsel was sufficient under the circumstances of this ease. See Watts v. State, 593 So.2d 198 (Fla.), cert. denied, — U.S. —, 112 S.Ct. 3006, 120 L.Ed.2d 881 (1992); Causey v. State, 623 So.2d 617 (Fla. 4th DCA 1993), rev. denied, No. 82,845 (Fla. Feb. 17, 1994); Boudreau v. Carlisle, 549 So.2d 1073 (Fla. 4th DCA 1989), cause dismissed, 557 So.2d 866 (Fla.1990).
ANSTEAD and HERSEY, JJ., and MAGER, GERALD, Senior Judge, concur.